# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| NICHOLAS AND TERESA BENTIVEGNA, | : | No. 82 WM 2023 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| HAMPTON TOWNSHIP SCHOOL DISTRICT, HAMPTON TOWNSHIP, ALLEGHENY COUNTY, ALLEGHENY COUNTY BOARD OF ASSESSMENT APPEALS AND REVIEW, | : | |
| | : | |
| Respondents | : | |

| | | |
|---|---|---|
| NICHOLAS AND TERESA BENTIVEGNA, | : | No. 83 WM 2023 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| HAMPTON TOWNSHIP SCHOOL DISTRICT, HAMPTON TOWNSHIP, ALLEGHENY COUNTY, ALLEGHENY COUNTY BOARD OF ASSESSMENT APPEALS AND REVIEW, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

   **AND NOW**, this 2nd day of May, 2024, the Application for Extraordinary Relief is DENIED.